**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

**TEL 212-227-8899**                                                                        **FAX 212-964-2926**

May 3, 2021

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**Re: United States v. Gbenga Oyeneyin,**
19 Cr. 291 (LAP)

Your Honor

    I write to request a temporary lifting of my client Gbenga Oyeneyin's travel restrictions so that he can travel to Dickinson, North Dakota to attend his sister's college graduation celebration. Mr. Oyeneyin is his sister's only family member in the U.S. Their parents are in Nigeria and unable to travel to the celebration due to the covid-19 pandemic.
    If the Court permits, Mr. Oyeneyin will leave his home in Florida and fly to N.D. on May 13, 2021 for the two day event and return to Florida on May 16, 2021. He will also provide all of the details of his travel and location of his stay to his pretrial officer. Neither Mr. Oyeneyin's Florida pretrial officer Jorge Ferdinandy nor the government, by Rebecca Dell, Esq., has an objection to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

*Loretta A. Preska*
HON. LORETTA PRESKA

5/4/21