**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

TEL 212-227-8899                                                                                                FAX 212-964-2926

August 11, 2021

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**Re: United States v. Gbenga Oyeneyin,**
19 Cr. 291 (LAP)

Your Honor

    I write to request that the Court permit me to appear by phone and to waive my client's appearance at the August 20, 2021 conference on this case. I make these applications because I will be out of town on vacation on August 20, 2021 and Mr. Oyeneyin lives in Florida.

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
Counsel's request to waive Mr. Oyeneyin's appearance is granted.
Counsel may appear by telephone for the conference using the following
teleconference information: 877-402-9753, Code: 6545179.
```
SO ORDERED:

*Loretta A. Preska*   08/12/2021
_____
HON. LORETTA PRESKA