**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

TEL 212-227-8899                                                                                                          FAX 212-964-2926

September 13, 2021

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: **United States v. Oluwaseun Adelekan**,
19 Cr. 291 (LAP)

Your Honor

    I represent defendant Gbenga Oyeneyin on he above captioned matter. In the superseding indictment filed on September 9, 2021, he is charged in three counts: Count One, Conspiracy to Commit Wire Fraud, Count Two Conspiracy to commit Money Laundering and Count Six Aggravated Identity Theft. Mr. Oyeneyin has not been arraigned on the indictment and intends to plead not guilty.

    The Court has directed that the defense submit Motions in Limine today. I write to request that the Court permit me to join the motion filed by on behalf of co-defendant Abiola Olajumoke by his attorney Joshua Dratel, Esq.

                                                 Respectfully,

                                                 *Lisa Scolari*
                                                 Lisa Scolari

SO ORDERED:

*Loretta A. Preska*   9/17/2021
_____
HON. LORETTA PRESKA