NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

May 5, 2022

**VIA ECF**

Honorable Loretta A. Preska
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Oyeneyin, No. 19-cr-291**

Dear Judge Preska:

I represent Defendant Gbenga Oyeneyin. In September of last year, we submitted requests for associate counsel staffing and interim billing, not over ECF. I believe the requests have been approved, but I do not have the endorsed order, which we require for billing through CJA. To that end, I write to request the Court's approval to staff my partner Melissa Geller, on this case and for her to bill for her time and to put in an appearance on Mr. Oyeneyin's behalf. Ms. Geller has substantial experience trying criminal cases in this court, including CJA cases. Ms. Geller will assist me in preparing this defense and trying this matter in the most cost-effective manner, and she has already been included in the approved budget for this matter. Should the Court grant this application, we request that it be granted *nunc pro tunc* to September 22, 2021.

*So ordered.*
*Loretta A. Preska*
5/5/22

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                     GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                         PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429