NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

August 12, 2022

VIA ECF

The Honorable Loretta A. Preska
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Oyeneyin, No. 19-cr-00291 (United States v. Adelekan)*

Dear Judge Preska,

      I represent Defendant Gbenga Oyeneyin. I write to request an adjournment of Mr. Oyeneyin's sentencing, currently scheduled for September 14, 2022 for 60 days to November 14, 2022. We request the extension because we have had some delays in preparing for sentencing. First, I was scheduled to meet with Mr. Oyeneyin on Wednesday in Florida to discuss the sentencing, our sentencing position and memo, and the process. Unfortunately, my flight was cancelled by the airline at the last minute, and I will need some time to reschedule the trip. Second, Mr. Oyeneyin has been collecting letters from friends and family in support of his sentencing, but a significant number of them are in foreign languages. We need some additional time to get all the letters translated. The government has advised that it has no objection to this request.

      We thank the court for its courtesy.

Respectfully submitted,

/s/ Eric R. Breslin
Eric R. Breslin

*Handwritten order:* Sentencing is adjourned to November 15 at 1:00 pm.
SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
8/15/22

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    DAVID A. SUSSMAN, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800    PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429