| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | <br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>*E-MAIL*: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

October 24, 2022

VIA ECF

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned to December 14, 2022, at 12:00 p.m. in Courtroom 12A.
>
> SO ORDERED.
>
> *Loretta A. Preska*
>
> 10/24/2022

Re:   *United States v. Adelekan, et al.*, S4 19-cr-00291 (LAP)

Dear Judge Preska:

    We represent defendant Gbenga Oyeneyin in this action. We write to request an adjournment of Mr. Oyeneyin's sentencing, currently scheduled for November 15, 2022. I just finished a five week trial criminal trial in the District of New Jersey, and am starting another criminal trial on Monday in Virginia. We propose moving the sentencing to the week of December 12, 2022, on a date and time at the Court's convenience. The government consents to this request.

                            Respectfully submitted,

                            /s/ Eric R. Breslin

Cc: All counsel of record via ECF